UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVONTE JAQUEZ WARREN,

    Petitioner,

v.

    Case No. 1:17-cv-157

    HONORABLE PAUL L. MALONEY

CARMEN D. PALMER,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters in favor of respondent.

Dated: November 27, 2017        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                         United States District Judge